## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| VALERIE DOTSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. _____ |
| | ) | |
| v. | ) | (Removed from the |
| | ) | Circuit Court of Cook County |
| MENARD, INC., | ) | Case No. 2021L004674) |
| | ) | |
| Defendant. | ) | **JURY DEMAND** |

## NOTICE OF REMOVAL

NOW COMES the Defendant, MENARD, INC. ("Menard"), by and through its attorneys, Ottosen DiNolfo Hasenbalg & Castaldo, Ltd., pursuant to 28 U.S.C. §§ 1332, 1367, and 1441, and files this Notice of Removal of the above captioned matter from the Circuit Court of Cook County, Illinois, under Case Number 2021L004674 to this Honorable Court.

In support of this Notice, Menard states the following:

## JURISDICTION

1.      This action is a civil action of which this Court has original jurisdiction over Count I, under 28 U.S.C. § 1332(a)(1), which may be removed to this Court by Menard pursuant to the provisions of 28 U.S.C. § 1441(a) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, because the Plaintiff, VALERIE DOTSON ("Valerie Dotson") is a citizen of Illinois; the Defendant, Menard, is a Wisconsin Corporation; and Plaintiff is seeking from Menard damages in excess of $75,000 for serious personal injuries.

1

## STATEMENT OF FACTS

2.     On May 6, 2021, an action was commenced in the Circuit Court of Cook County, Illinois, entitled "VALERIE DOTSON, Plaintiff, v. MENARD, INC., Defendant" (Case Number 2021L004674).

3.     A summons for Menard was issued on July 13, 2021 and with a copy of the Plaintiff's Complaint at Law, was served on Menard on July 27, 2021.

4.     A copy of all process, pleadings and orders served upon Menard in the state court action are attached hereto as **Exhibit A**.

## BASIS FOR REMOVAL OF COUNT I

5.     Removal of a civil action is allowed under 28 U.S.C. § 1441 by a Defendant who is sued on a claim or right that has original jurisdiction in the federal district court.

6.     Count I of Plaintiffs' Complaint is removable based on 28 U.S.C. § 1332(a)(1) because the amount in controversy exceeds $75,000 and there is complete diversity of citizenship between the plaintiff and the defendant, thus the action is within the subject matter jurisdiction of this Court.

7.     At the time that this action commenced, Valerie Dotson was, and continues to be, a citizen of the State of Illinois based upon the Plaintiff's disclosure to Menard of certain medical bills on October 27, 2021 that identify the Plaintiff's residence as Cook County, Illinois.

8.     At the time that this action commenced, Menard was, and continues to be, a corporation incorporated under the laws of Wisconsin, having its principal place of business in the State of Wisconsin at 5101 Menard Drive, Eau Claire, Wisconsin 54703.

9.     This action is a civil action in which the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, because Valerie Dotson has alleged, through her Complaint, facts that lead Menard to believe her damages are in excess of $75,000.

10.     Plaintiff's Complaint alleges that Valerie Dotson's feet and both ankles were struck by a tire that came off a shelf within a Menard's store, causing her to sustain injuries to her person whereby she has suffered and will continue to suffer severe, extensive and permanent injuries.

11.     That prior to being served with the Summons and Complaint on July 27, 2021, Menard knew nothing about the facts or damages related to this event since the Plaintiff did not report this event to store personnel. As a result, no reports were then generated, no video was saved, no claim was being processed and no medical records were being obtained.

12.     Upon prompt retention of local litigation counsel on July 28, 2021, the undersigned attempted to gather information about the facts and damages alleged in the Complaint by attempts to contact Plaintiff's counsel by phone and email on multiple occasions. Emails and phone calls were placed to Plaintiff's counsel on eight different occasions between August 24, 2021 and October 13, 2021 with no response.

13.     On October 26, 2021, Menard's counsel received the first correspondence from Plaintiff's counsel outlining the exact nature of the Plaintiff's injury, indicating she was diagnosed with having sustained injury to her right foot and ankle which also required surgery to consist of a right ankle arthroscopy with additional surgery for nerve

3

damage and removal of a screw, that the specials were $63,000.00 and with a demand made by Plaintiff's counsel in the amount of $250,000.00.

## COMPLIANCE WITH REMOVAL PROCEDURES

14.     Menard has complied with all the procedural requirements for removal set forth in 28 U.S.C. § 1446.

15.     Notice of this removal is being provided to Plaintiff, through her attorney of record and the Circuit Court of Cook County, Illinois.

16.     Pursuant to § 1446(d), a copy of this Notice of Removal will be filed with the Circuit Court of Cook County, Illinois, in Case No. 2021L004674.

WHEREFORE, for the foregoing reasons, the Defendant, Menard, Inc., removes this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division, and respectfully requests that the Court exercise jurisdiction over this matter.

Respectfully submitted,

MENARD, INC.

Dated: October 28   , 2021

By: /s/ W. Anthony Andrews
One of its attorneys

W. Anthony Andrews (ARDC No. 6217267)
William R. Thomas (ARDC No. 6207872)
OTTOSEN DiNOLFO HASENBALG & CASTALDO, LTD.
1804 N. Naper Blvd., Suite 350
Naperville, IL 60563
(630) 682-0085 – Phone

STATE OF ILLINOIS     )

                             ) SS

COUNTY OF DUPAGE   )

I, W. ANTHONY ANDREWS, do hereby certify, and having been first duly sworn upon oath do hereby state, that I have read the above and foregoing Notice of Removal, by me subscribed as signatory for MENARD, INC., and the same is true and correct to the best of my knowledge and belief.

/s/ *W. Anthony Andrews*

W. ANTHONY ANDREWS

SUBSCRIBED and SWORN to before
me this _____ day of October 2021.

/s/   Andrea Mangialardi
NOTARY PUBLIC

W. Anthony Andrews (ARDC No. 6217267)
William R. Thomas (ARDC No. 6207872)
OTTOSEN DiNOLFO HASENBALG & CASTALDO, LTD.
1804 N. Naper Blvd., Suite 350
Naperville, IL 60563
(630) 682-0085 – Phone

5