

# Notice of Service of Process

null / ALL
Transmittal Number: 23543770
Date Processed: 07/27/2021

| | |
|---|---|
| **Primary Contact:** | Ashley Aubart<br>Menard, Inc.<br>5101 Menard Dr<br>Eau Claire, WI 54703-9604 |
| **Electronic copy provided to:** | Andrew Akey<br>Meghan Olson |
| **Entity:** | Menard, Inc.<br>Entity ID Number 0033810 |
| **Entity Served:** | Menard, Inc. |
| **Title of Action:** | Valerie Dotson vs. Menard, Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Cook County Circuit Court, IL |
| **Case/Reference No:** | 2021 L 004674 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 07/27/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Douglas P. Trent<br>630-682-3100 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com



EXHIBIT A

FILED
7/13/2021 2:30 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

2021L004674

FILED DATE: 7/13/2021 2:30 PM  2021L004674

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |

Summons - Alias Summons                     (03/15/21) CCG 0001 A

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

VALERIE DOTSON

_____ Plaintiff(s)

v.

MENARD, INC.                             Case No. 2021 L 004674

_____ Defendant(s)

Prentice Hall Corporation - R/A for Menard, Inc.
801 Adlai Stevenson Drive
Springfield, Illinois 62703

_____ Address of Defendant(s)

Please serve as follows (check one):   ○ Certified Mail   ● Sheriff Service   ○ Alias

## SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

### THERE IS A FEE TO FILE YOUR APPEARANCE.

**FILING AN APPEARANCE:** Your appearance date is NOT a court date. It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3

Summons - Alias Summons            (03/15/21) CCG 0001 B

FILED DATE: 7/13/2021 2:30 PM 2021L004674

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www.cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

⦿ Atty. No.: 62494
○ Pro Se 99500

Name: Douglas P. Trent - Trent Law Firm, P.C.
Atty. for (if applicable): Plaintiff
Address: 350 S. Schmale Road, Suite 130
City: Carol Stream
State: IL    Zip: 60188
Telephone: (630) 682-3100
Primary Email: attorneys@trentlawfirm.com

Witness date: 7/13/2021 2:30 PM IRIS Y. MARTINEZ

Iris Y. Martinez, Clerk of Court

☐ Service by Certified Mail:
☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

# GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:  (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:  (312) 603-6441

### ALL SUBURBAN CASE TYPES
### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:  (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:  (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:  (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:  (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:  (708) 232-4551

STATE OF ILLINOIS )
                       ) SS
COUNTY OF COOK )

FILED
5/6/2021 2:40 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004674

13231314

IN THE CIRCUIT COURT COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – LAW DIVISION

| | | |
|---|---|---|
| VALERIE DOTSON, | ) | |
|        Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| MENARD, INC., | ) | |
|        Defendant. | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, VALERIE DOTSON, by and through her attorneys, TRENT LAW FIRM, P.C., and complaining of the Defendant, MENARD, INC. ("MENARD"), states as follows:

## COUNT I
## NEGLIGENCE vs. MENARD, INC.

1. That on May 13, 2019, and at all times subsequent thereto, Defendant, MENARD, was, upon information and belief, a corporation doing business in the State of Illinois.

2. On May 13, 2019, the Defendant, MENARD, individually and by and through its agents, servants, and employees, did own, operate, maintain, control and manage the property known as MENARDS in the Village of Melrose Park, County of Cook, State of Illinois.

3. At all times herein mentioned, the Plaintiff, VALERIE DOTSON, was lawfully on the premises known as MENARDS and was in the exercise of all due care and caution for her own safety and the safety of others.

1

FILED DATE: 5/6/2021 2:40 PM   2021L004674

4. That on May 13, 2019, Plaintiff was on the premises when a tire came off of a shelf and struck her on both of her feet and both ankles.

5. At said time and place, it was the duty of the Defendant, MENARD, individually and by and through its agents, servants, and employees, to keep the premises in a reasonably safe condition for the Plaintiff and other persons lawfully in and about the premises and, further not to create or allow any dangerous conditions to exist on or about the premises.

6. That notwithstanding the foregoing duty, the Defendant, MENARD, individually and by and through its agents, servants and employees, at said time and place committed one or more of the following negligent acts or omissions:

    A) Failed to provide a good, safe and proper place for the Plaintiff to be, use, and occupy while on the common areas of the premises;

    B) Allowed and permitted the premises to remain in a defective condition;

    C) Failed to fix, repair, replace or maintain the premises when Defendant knew or should have known that allowing said condition to exist created a situation of imminent danger for persons, such as Plaintiff, thereon;

    D) Failed to inspect the premises to be certain it was in good, safe, and proper condition; and

    E) Failed to warn the Plaintiff and others of the unsafe, defective, and dangerous condition of the premises.

7. That as a direct and proximate result of one or more of these negligent acts and/or omissions of the Defendant, MENARD, individually and by and through its agents, servants, and

employees, the Plaintiff, VALERIE DOTSON, was struck on both of her feet and both ankles by a tire.

8. That as a direct and proximate result of this incident, the Plaintiff, VALERIE DOTSON, has suffered severe, extensive, and permanent injuries, both externally and internally, and was and will continue to be hindered in attending to usual duties and affairs. As a result of these injuries, Plaintiff has expended and incurred obligations for medical expenses and care and will in the future expend and incur such further obligations.

WHEREFORE, the Plaintiff, VALERIE DOTSON, asks judgment against the Defendant, MENARD, INC., in a sum in excess of $50,000.00 plus costs of this action.

Douglas P. Trent,
Attorney for Plaintiff

TRENT LAW FIRM, P.C.
Cook County No.: 62494
350 S. Schmale Road, Suite 130
Carol Stream, IL 60188
630.682.3100
attorneys@trentlawfirm.com

3