IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VALERIE DOTSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:21-cv-05772 |
| | ) | |
| | ) | Honorable Harry D. Leinenweber |
| MENARD, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STATUS REPORT

Plaintiff, Valerie Dotson, ("Dotson" or "Plaintiff") and Defendant Menard, Inc. ("Menard" "Defendant"), by its undersigned counsel, set forth below their Joint Status Report As follows:

**1.  Progress of Discovery**

    a.  The defendant has recently served written discovery upon the plaintiff. The plaintiff will serve written discovery to the defendant within 7 days. :

**2.  The Status of Briefing on any Unresolved Motions**

    a.  There are no current pending motions before this Court.

    b.  In her one-count complaint, Plaintiff alleges negligence against the Defendant arising from an incident which occurred on May 13, 2019. Plaintiff further alleges that as a result of said negligence she incurred damages in excess of $50,000.00. Defendant has not filed any counter claims related to this matter.

    c.  There is no current briefing schedule before this Court.

**3.     Settlement Efforts**

    a.     The parties have engaged in settlement discussions but see the need for same basic fact and medical discovery before continuing same.

| | |
|---|---|
| Dated: December 10, 2021 | Respectfully submitted, |
| Valerie Dotson,<br>Plaintiff | Menard, Inc.,<br>Defendant |
| Douglas P. Trent (ARDC No. 2855070)<br>TRENT LAW FIRM, P.C.<br>350 S. Schmale Road, Suite 130<br>Carol Stream, IL 60188<br>(630) 682-3100<br>paralegal@trentlawfirm.com | W. Anthony Andrews (ARDC No. 6217267)<br>William R, Thomas (ARDC No. 6207872)<br>OTTOSEN, DINOLFO, HASENBALG &<br>CASTALDO, LTD.<br>1804 N. Naper Blvd., Suite 350<br>Naperville, IL 60563<br>(630)682-0085<br>wandrews@ottosenlaw.com<br>wthomas@ottosenlaw.com |