**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
WESTERN DIVISION**

| | | |
|---|---|---|
| VALERIE DOTSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 21 CV 5772 |
| | ) | |
| MENARD, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

TO: Douglas P. Trent
Trent Law Firm
350 S. Schmale Road, Suite 130
Carol Stream, IL 60188
paralegal@trentlawfirm.com

YOU ARE HEREBY NOTIFIED that on **August 23, 2022,** this *Certificate of Service* for **Defendant Menard, Inc's Response to Plaintiff's First Request for Production of Documents and Answer to First Set of Interrogatories** was electronically filed with the Northern District of Illinois, using the CM/ECF system which sent notification of the filing to the Attorney(s) of Record.

*Isl W. Anthony Andrews*
One of its Defendant Menard's Attorneys

W. Anthony Andrews (ARDC No. 6217267)
OTTOSEN DINOLFO HASENBALG & CASTALDO, LTD.
1804 N. Naper Blvd., Suite 350
Naperville, Illinois 60563
(630) 682-0085 - Telephone
wandrews@ottosenlaw.com

## PROOF OF SERVICE

I, the undersigned, on oath state that on **August 23, 2022** the foregoing with attachments was served via email to all attorneys of record.

*Isl Virginia Medina*

SUBSCRIBED AND SWORN TO before me
this 23rd day of August, 2022.

*Isl Barb Remus*
Notary Public

Gallagher Bassett/ Menard/Delaney 006000-097034-GB-01 / COS - Rags and RFP /497856