**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VALERIE DOTSON,<br><br>                     Plaintiff,<br><br>v.<br><br>MENARD, INC.,<br><br>                     Defendant. | Case No.: 1:21-cv-05772<br><br>Honorable Harry D. Leinenweber<br><br>Honorable Heather K. McShain<br>Magistrate Judge |

**DEFENDANT, MENARD, INC.'S MOTION FOR
<u>LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT</u>**

      NOW COMES the Defendant, MENARD, INC. ("Menards"), by its undersigned attorneys, respectfully moves the Court, for leave to file a motion for summary judgment. In support thereof, Menards states as follows:

      1.     Rule 56(b) provides that a defending party "may move at any time, with or without supporting affidavits, for a summary judgment on all or part of the claim." Fed. R. Civ. P. 56(b).

      2.     Discovery has revealed, *inter alia*, that Menards did not breach a duty to Plaintiff and Plaintiff's injury was not foreseeable.

      3.     Accordingly, Menards seeks leave to file a motion for summary judgment on the discrete issue of liability and reserving remaining discovery on the issue of damages.

      4.     Separating liability and damages will lower the cost of litigating the remainder of this dispute because the cost of litigating damages will be saved if the Plaintiff's claims do not withstand scrutiny at the dispositive motion stage.

*THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK*

WHEREFORE, the Defendant, MENARD, INC. respectfully requests that this Court grant leave to file a motion for summary judgment within 28 days, reserving remaining discovery on the issue of damages, and for any other relief this Court deems proper and just.

DATED: July 26, 2023

Respectfully submitted,

**MENARD, INC.**

By: */s/ Joseph S. Davidson*

W. Anthony Andrews
Joseph S. Davidson
Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.
1804 N. Naper Blvd.
Suite 350
Naperville, IL 60563
(630) 682-0085
wandrews@ottosenlaw.com
jdavidson@ottosenlaw.com