Valerie Dotson
        Plaintiff,

v.   Case No.: 1:21−cv−05772
    Honorable Harry D. Leinenweber

Menard, Inc.
        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 27, 2023:

    MINUTE entry before the Honorable Harry D. Leinenweber: Telephone conference and ruling on motion hearing held. Motion to compel [41] is denied. Motion for leave to file a motion for summary judgment [42] is granted. Motion for summary judgment shall be filed by 8/10/23, response by 9/11/23, reply 9/18/23. The Court will rule by mail. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.